IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA WILCOX | : | CIVIL ACTION |
| v. | : | |
| THE GEO GROUP, INC. | : | NO. 09-2197 |

ORDER

AND NOW, this 11th day of March, 2010, upon consideration of the defendant's renewed request that the Court reconsider its motion for sanctions and dismiss the plaintiff's complaint with prejudice, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's request is GRANTED and this case is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.